# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 18, 2020

**Before**

KENNETH F. RIPPLE, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 18-3633

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Southern District of Illinois. |
| *v.* | No. 3:17-cr-30047-NJR-1 |
| ALFRED L. CROSS, *Defendant-Appellant.* | Nancy J. Rosenstengel, *Chief Judge*. |

### O R D E R

On June 2, 2020, the Defendant-Appellant petitioned for panel rehearing and rehearing *en banc*. No judge in active service has requested a vote to rehear the case *en banc*, and all members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated May 22, 2020 is amended by the attached opinion.

Accordingly, **IT IS ORDERED** that the petition for rehearing and rehearing *en banc* is **DENIED.**